HARRIS LLP
David J. Harris, Jr. (SBN 286204)
david@harrisllp.com
Gerilyn R. Harris (SBN 286031)
gerilyn@harrisllp.com
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 213-1102

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALERIE INFANTE, Individually and On Behalf of All Others Similarly Situated, | Case No. 5:25-cv-00428-HDV-SHK |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| TOYOTA MOTOR CORPORATION and TOYOTA MOTOR NORTH AMERICA, INC., | |
| Defendants. | |

Plaintiff Valerie Infante, through her counsel, hereby individually and voluntarily dismisses the above-captioned action with prejudice. Because neither of the Defendants (Toyota Motor Corporation and Toyota Motor North America, Inc.) has filed an answer to date, this action may be dismissed with prejudice through the filing of this notice, without an order of the Court. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 27, 2025

Respectfully submitted,

HARRIS LLP

By: *s/ David J. Harris, Jr.*
David J. Harris, Jr.

david@harrisllp.com
Gerilyn R. Harris
gerilyn@harrisllp.com
501 West Broadway, Suite 800
San Diego, California 92101
Telephone: (619) 213-1102

*Counsel for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE